IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK EDWARD MOON,** | : | No. 1:23-cv-00020 |
| Petitioner, | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **WARDEN OF PASCO COUNTY JAIL, et al.,** | : | |
| | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 11th day of June, 2024, after considering pro se Petitioner Mark Edward Moon's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT:**

1. The petition (Doc. 1) is **DISMISSED WITH PREJUDICE**;

2. The Court **DECLINES** to issue a certificate of appealability; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge